FILED
11/9/20 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| James K. Flint, Sr. | ) | Case No.:  15-23168 TPA |
|     Debtor(s) | ) | Chapter 13 |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | Related to Doc. No. 86 |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     Vs. | ) | |
| James K. Flint, Sr. | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on September 24, 2020 (document #86) is hereby WITHDRAWN.  Trustee has determined that the Debtor's plan is now complete.

Respectfully submitted,

11/6/2020
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
November 09, 2020

*[signature]*

ljm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23168-TPA |
| James K. Flint, Sr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James K. Flint, Sr., 5321 Hillcrest Street, Pittsburgh, PA 15224-1145 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14100579 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, 2730 Libert Avenue, Pittsburgh, PA 15222 |
| 14100580 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14136658 | + | PNC Bank, National Association, PNC Mortgage, A Division Of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14172785 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14100578 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14154269 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 10 2020 02:15:56 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 10 2020 02:18:15 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14112513 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Nov 10 2020 02:17:11 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14125393 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2020 02:16:07 | Capital One Auto Finance c/o AIS, Potfolio, LP f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14163421 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 10 2020 00:59:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14100579 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2020 00:58:00 | PNC Bank, 2730 Libert Avenue, Pittsburgh, PA 15222 |
| 14100580 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2020 00:58:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14136658 | + | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2020 00:58:00 | PNC Bank, National Association, PNC Mortgage, A Division Of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14119904 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2020 00:58:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 9

District/off: 0315-2 | User: dpas | Page 2 of 3
Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |
| cr | | PNC Bank, National Association. Et al. |
| cr | | Pittsburgh Water & Sewer Authority |
| 14100577 | | Capital One Auto Finance |
| cr | *+ | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14112515 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Libert Avenue, Pittsburgh, PA 15222 |
| 14112516 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14112514 | * | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2020         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor PNC Bank  National Association. Et al. pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor PNC Bank  National Association jschalk@barley.com, sromig@barley.com |
| Kenneth Steidl | on behalf of Debtor James K. Flint  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2     User: dpas     Page 3 of 3
Date Rcvd: Nov 09, 2020     Form ID: pdf900     Total Noticed: 14
TOTAL: 9