**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/20/20 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JAMES K. FLINT, SR.<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>JAMES K. FLINT, SR.<br><br><br>      Respondents | Case No.15-23168TPA<br><br><br>Chapter 13<br><br><br><br>Document No. 93 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___20th___ day of November, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pittsburgh School District<br>
Attn: Payroll Manager<br>
341 S Bellefield Ave<br>
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of JAMES K. FLINT, SR., social security number XXX-XX-9147. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES K. FLINT, SR..

FURTHER ORDERED:

BY THE COURT

_____asg_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23168-TPA |
| James K. Flint, Sr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

**Recip ID           Recipient Name and Address**
db               + James K. Flint, Sr., 5321 Hillcrest Street, Pittsburgh, PA 15224-1145

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

**Name**              **Email Address**

Brian Nicholas
                    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Joseph A. Dessoye
                    on behalf of Creditor PNC Bank  National Association. Et al. pawb@fedphe.com

Joseph P. Schalk
                    on behalf of Creditor PNC Bank  National Association jschalk@barley.com, sromig@barley.com

Kenneth Steidl
                    on behalf of Debtor James K. Flint  Sr. julie.steidl@steidl-steinberg.com,
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10