**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/24/21 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES K. FLINT, SR.

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-23168 TPA

Chapter 13

Related Document No.: 99

ORDER OF COURT

AND NOW, this 24th day of February, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James K. Flint, Sr.  
    Debtor

Case No. 15-23168-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2  
Date Rcvd: Feb 24, 2021      Form ID: pdf900      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James K. Flint, Sr., 5321 Hillcrest Street, Pittsburgh, PA 15224-1145 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14172785 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14100578 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14154269 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 25 2021 02:18:36 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 25 2021 02:24:30 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14112513 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 25 2021 02:24:38 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14125393 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 25 2021 02:22:12 | Capital One Auto Finance c/o AIS, Potfolio, LP f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14163421 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2021 02:55:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14100579 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2021 02:46:00 | PNC Bank, 2730 Libert Avenue, Pittsburgh, PA 15222 |
| 14100580 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2021 02:46:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14136658 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2021 02:46:00 | PNC Bank, National Association, PNC Mortgage, A Division Of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14119904 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2021 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |
| cr | | PNC Bank, National Association. Et al. |
| cr | | Pittsburgh Water & Sewer Authority |
| 14100577 | | Capital One Auto Finance |
| cr | *+ | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14112515 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Libert Avenue, Pittsburgh, PA 15222 |
| 14112516 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14112514 | * | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Joseph A. Dessoye
on behalf of Creditor PNC Bank  National Association. Et al. pawb@fedphe.com

Joseph P. Schalk
on behalf of Creditor PNC Bank  National Association jschalk@barley.com, sromig@barley.com

Kenneth Steidl
on behalf of Debtor James K. Flint  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Laurence A. Mester
on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10